SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
MICHELLE Y. MCISAAC  Bar No. 215294
bruce.celebrezze@sdma.com
michelle.mcisaac@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
CONTINENTAL CASUALTY COMPANY and
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
(erroneously sued as HARTFORD LIFE INSURANCE COMPANY)

KANTOR & KANTOR
CORINNE CHANDLER Bar No. 111423
BRENT DORIAN BREHM Bar No. 248983
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
JEANNE JERNIGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE JERNIGAN,<br><br>  Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY and HARTFORD LIFE INSURANCE COMPANY,<br><br>  Defendants. | CASE NO. CV 08-4409 JW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

---

CASE NO. CV 08-4409 JW
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel for plaintiff and defendants report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in private mediation.

Dated: January _8_, 2009          KANTOR & KANTOR LLP

By: __/s/ Brent Dorian Brehm__
　　CORINNE CHANDLER
　　BRENT DORIAN BREHM
　　Attorneys for Plaintiff
　　JEANNE JERNIGAN

DATED: January _9_, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
　　BRUCE D. CELEBREZZE
　　MICHELLE Y. MCISAAC
　　Attorneys for Defendants
　　CONTINENTAL CASUALTY COMPANY and
　　HARTFORD LIFE AND ACCIDENT
　　INSURANCE COMPANY (erroneously sued as
　　HARTFORD LIFE INSURANCE COMPANY)

### ORDER

Pursuant to the Stipulation above, the parties will participate in private mediation.

IT IS SO ORDERED.   Deadline for parties to hold private mediation session is 90 days from the date of this order.

Dated:   January 12, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

-1-

CASE NO. CV 08-04599 CW
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS