1   Corinne Chandler, Esq. SBN: 111423
    E-Mail: cchandler@kantorlaw.net
2   Brent Dorian Brehm, Esq. SBN: 248983
    E-Mail: bbrehm@kantorlaw.net
3   KANTOR & KANTOR, LLP
  19839 Nordhoff Street
4   Northridge, CA 91324
  Telephone: (818) 886-2525
5   Facsimile: (818) 350-6272

6   Attorneys for Plaintiff,
  JEANNE JERNIGAN

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| JEANNE JERNIGAN, | CASE NO: CV 08-4409 JW |
| Plaintiff, | |
| VS. | STIPULATION TO CONTINUE CASE DATES; [PROPOSED] ORDER |
| CONTINENTAL CASUALTY COMPANY and HARTFORD LIFE INSURANCE COMPANY, | Complaint Filed: September 19, 2008 |
| Defendants. | |

    Plaintiff Jeanne Jernigan and Defendants Continental Casualty Company and Hartford Life and Accident Insurance Company (erroneously sued as Hartford Life Insurance Company) ("Defendants") by and through their respective attorneys of record, hereby STIPULATE and AGREE as follows:

    1.     This matter involves Plaintiff's breach of contract and insurance bad faith claims against Defendants arising out of her disability claim.

    2.     On January 21, 2009, this Court issued a scheduling order setting the following dates in this matter:

1

| | | |
|---|---|---|
| 1 | August 17, 2009 | Close of All Discovery |
| 2 | October 19, 2009 | Last Date for Hearing Dispositive Motions |
| 3 | July 13, 2009 | Preliminary Pretrial Conference at 11 a.m. |
| 4 | July 2, 2009 | Preliminary Pretrial Conference Statements Due |
| 5 | June 15, 2009 | Last Date to Disclose Expert Witnesses |
| 6 | July 6, 2009 | Last Date to Disclose Rebuttal Expert Witnesses |

3. The parties have been engaged in settlement discussions, and are scheduled to participate in a full-day private mediation on June 25, 2009, with the Hon. Ronald M. Sabraw (Ret.) in San Jose, California;

4. To further facilitate settlement discussions, and to conserve and accommodate both the Court's and the parties' time and resources in litigating and pursuing settlement of this matter, to allow the parties to resolve any motion or discovery scheduling matters in an accommodating manner, and for other good cause, the parties wish to continue the currently scheduled case dates for approximately ninety (90) days;

5. The parties have not previously requested any continuance of dates in this matter;

6. The parties have been and continue to be engaged in written discovery prior to mediation;

7. If the matter is not resolved on, or shortly after, the mediation on June 25, 2009, the parties will engage in deposition and expert discovery;

8. Counsel for Defendants is getting married in September and will be unavailable for most of that month;

9. The parties stipulate and agree to continue case dates as follows:

| | |
|---|---|
| September 14, 2009 | Last Date to Disclose Expert Witnesses |
| October 5, 2009 | Preliminary Pretrial Conference Statements Due |
| October 5, 2009 | Last Date to Disclose Rebuttal Expert Witnesses |
| October 15, 2009 | Preliminary Pretrial Conference at 11 a.m. |

2

| | | |
|---|---|---|
| 1 | November 16, 2009 | Close of All Discovery |
| 2 | January 18, 2010 | Last Date for Hearing Dispositive Motions |

**IT IS SO STIPULATED.**

DATED: May 22, 2009            KANTOR & KANTOR, LLP


By /s/ Brent Dorian Brehm
   Brent Dorian Brehm
   Attorneys for Plaintiff
   Jeanne Jernigan

DATED: May 22, 2009            SEDGWICK, DETERT, MORAN
                               & ARNOLD LLP


By   /s/ Michelle Y. McIsaac
     Michelle Y. McIsaac
     Attorneys for Defendants Continental
     Casualty Company and Hartford Life and
     Accident Insurance Company (erroneously
     sued as Hartford Life Insurance Company)

## **ORDER**

For good cause appearing, it is ordered as MODIFIED:

The case dates are continued as follows:

The Close of All Discovery:                **October 26, 2009**
Last Date for Hearing Dispositive Motions: **December 14, 2009 at 9 a.m.**
Preliminary Pretrial Conference:           **September 28, 2009 at 11 a.m.**
Preliminary Pretrial Conference Statement: **September 18, 2009**

Any party wishing to present expert witness testimony with respect to a claim or a defense shall lodge with the Court and serve on all other parties the name, address, qualifications, résumé and a written report which complies with Fed. R. Civ. P. 26(a)(2)(B) **63 days before close of discovery.**

**IT IS SO ORDERED**

DATED:   June 10, 2009
                                    _____
                                    HON. JAMES WARE
                                    UNITED STATES DISTRICT JUDGE

3