```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    BRUCE D. CELEBREZZE Bar No. 102181
 2  MICHELLE Y. MCISAAC Bar No. 215294
    bruce.celebrezze@sdma.com
 3  michelle.mcisaac@sdma.com
    One Market Plaza
 4  Steuart Tower, 8th Floor
    San Francisco, California 94105
 5  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
 6
    Attorneys for Defendants
 7  CONTINENTAL CASUALTY COMPANY and
    HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
 8  (erroneously sued as HARTFORD LIFE INSURANCE COMPANY)

 9  KANTOR & KANTOR
    CORINNE CHANDLER Bar No. 111423
10  BRENT DORIAN BREHM Bar No. 248983
    19839 Nordhoff Street
11  Northridge, CA 91324
    Telephone: (818) 886-2525
12  Facsimile: (818) 350-6272

13  Attorneys for Plaintiff
    JEANNE JERNIGAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE JERNIGAN,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY and HARTFORD LIFE INSURANCE COMPANY,<br><br>    Defendants. | CASE NO. CV 08-4409 JW<br><br>STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff Jeanne Jernigan, and defendants Continental Casualty Company and Hartford Life and Accident Insurance Company (erroneously sued as Hartford Life Insurance Company), by and through their respective attorneys of record herein, that this entire action, including the complaint shall be dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

Dated: July 14, 2009

KANTOR & KANTOR LLP

By: _____
CORINNE CHANDLER
BRENT DORIAN BREHM
Attorneys for Plaintiff
JEANNE JERNIGAN

DATED: July 17, 2009

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
BRUCE D. CELEBREZZE
MICHELLE Y. MCISAAC
Attorneys for Defendants
CONTINENTAL CASUALTY COMPANY and
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY (erroneously sued as
HARTFORD LIFE INSURANCE COMPANY)

### ORDER

Pursuant to the Stipulation above, the entire action, shall be dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.
The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: July 22, 2009

_____
Honorable James Ware
UNITED STATES DISTRICT COURT JUDGE

-1-
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE